JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE N. CARTER,<br>　　　Plaintiff,<br>　　v.<br>LOS ANGELES COUNTY JAIL, et al.,<br>　　　Defendants. | Case No. 2:17-cv-02439-PA-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed.

DATED: December 12, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE